**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1921**

LIDIA FUNEZ-AVILEZ,

       Petitioner,

        v.

JEFFERSON B. SESSIONS III, Attorney General,

       Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  March 20, 2018                  Decided:  March 28, 2018

Before NIEMEYER, TRAXLER, and WYNN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Jay S. Marks, LAW OFFICES OF JAY S. MARKS, LLC, Silver Spring, Maryland, for
Petitioner.  Chad A. Readler, Principal Deputy Assistant Attorney General, Linda S.
Wernery, Assistant Director, Steven K. Uejio, Office of Immigration Litigation, UNITED
STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lidia Funez-Avilez, a native and citizen of Honduras, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing her appeal from the Immigration Judge's denial of her request for protection under the Convention Against Torture. After thoroughly reviewing the record and Funez-Avilez's claims, we conclude that substantial evidence supports the Board's decision. *See Dankam v. Gonzales*, 495 F.3d 113, 124 (4th Cir. 2007); 8 C.F.R. § 1208.16(c)(2), (3) (2017). Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re Funez-Avilez* (B.I.A. July 18, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*